■ JEFFREY MALKAN, Appellant, v STATE OF NEW YORK (STATE UNIVERSITY OF NEW YORK AT BUFFALO), Respondent. (Claims Nos. 116355 and 117676.) [999 NYS2d 921]—Appeal from an order of the Court of Claims (Jeremiah J. Moriarty, III, J.), entered September 6, 2013. The order granted the motions of defendant for summary judgment and dismissed the claims.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Centra, J.P., Carni, Sconiers and DeJoseph, JJ.